

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-14-00346-CV
_____

JANE T. DURHAM, APPELLANT

V.

MARGARET L. DURHAM, NANCY C. STEWART, DAVID DURHAM,
AND BARBARA FLOURNOY, APPELLEES

_____

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2013-509,100; Honorable Leslie Hatch, Presiding

_____

September 11, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the court is a joint motion to dismiss this appeal following the death of Appellant, Jane T. Durham. In response, the court ordered Appellant's counsel to show authority to dismiss the appeal on behalf of Ms. Durham's estate. *Durham v. Durham*, No. 07-14-00346-CV, 2015 Tex. App. LEXIS 8720 (Tex. App.—Amarillo August 14, 2015, order). The court has now considered the *Amended Joint Motion for*

*Dismissal of Appeal* and is satisfied that the executors of Ms. Durham's estate have authorized dismissal of the appeal.

Accordingly, without passing on the merits of the appeal, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Having dismissed this appeal upon the joint motion to dismiss, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam